James C. Pistorino (SBN 226496)
    james@dparrishlaw.com
Parrish Law Offices
224 Lexington Dr.
Menlo Park, CA 94025
Telephone: (650) 400-0043

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA

| Mrs. Sharon Zieroth, | ) Case Number: |
|---|---|
| Plaintiff, | ) |
| vs. | ) Certificate of Interested Parties |
| Alex Azar, in his capacity as the Secretary of the United States Department of Health and Human Services, | ) |
| Defendants. | ) |

Pursuant to Civil L.R. 3-15, the undersigned certifies that, as of this date, other than the named parties, there is no such interest to report.

Dated: January 8, 2020

Respectfully submitted,

*/s/ James C. Pistorino*

James C. Pistorino (SBN 226496)
    james@dparrishlaw.com
Parrish Law Offices
224 Lexington Dr.
Menlo Park, CA 94025
Telephone: (650) 400-0043

Attorneys for Plaintiff

Certificate of Interested Parties