AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | | |
|---|---|---|
| Mrs. Sharon Zieroth | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | Civil Action No. |
| v. | ) | |
| Alex Azar, in his capacity as the Secretary of the United States Department of Health and Human Services | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  WILLIAM BARR, U.S. Attorney General, The United States Department of Justice, 950 Pennsylvania Ave., NW, Washington, DC  20530-0001
ALEX AZAR, Secretary, The United States Department of Health and Human Services, 250 Independence Ave., SW, Washington, DC  20201

David L. Anderson, Federal Courthouse, 450 Golden Gate Ave., 11th Fl, San Francisco, CA 94102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James Pistorino
Parrish Law Office
224 Lexington Dr.
Menlo Park, CA  94025
(650) 400-0043

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____

*Signature of Clerk or Deputy Clerk*