UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Mrs. Sharon Zieroth
                    Plaintiff(s)
   v.

Alex Azar, in his capacity as the Secretary of the United States Department of Health and Human Services
Click here to enter text.
                    Defendant(s).

Case No. 20-CV-00172-JCS

CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION

☐ **Consent to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

☒ **Decline Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: January 8, 2020

NAME: James Pistorino
Counsel for Plaintiff

_Signature_