James C. Pistorino (SBN 226496)
   james@dparrishlaw.com
Parrish Law Offices
224 Lexington Dr.
Menlo Park, CA 94025
Telephone: (650) 400-0043

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SHARON ZIEROTH, | ) | Case Number: 3:20-cv-00172-MMC |
|---|---|---|
| Plaintiff, | ) ) ) | NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT |
| vs. | ) ) | |
| ALEX AZAR, in his capacity as Secretary of the United States Department of Health and Human Services, | ) ) ) ) ) | Hearing Date: February 28. 2020, 9:00am<br>Location: Courtroom 7, 19th Fl., 450 Golden Gate Ave, San Francisco, CA<br>Judge: Honorable Maxine Chesney |
| Defendants. | | |

## NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on February 28, 2020 at 9:00am, pursuant to FED.R.CIV.P. 56, Plaintiff will move for summary judgment. This motion is based on the accompanying memorandum of points and authorities and the exhibits and declaration attached thereto.

Plaintiff respectfully requests that the Court enter an Order granting summary judgment that: 1) a continuous glucose monitor (CGM) is "primarily and customarily used to serve a medical purpose" and is, therefore, covered "durable medical equipment"; 2) a continuous glucose monitor is a "blood glucose monitor" within the meaning of 42 U.S.C. § 1395x(n) and is,

therefore, covered "durable medical equipment"; and 3) that CMS 1682-R, LCD L33822, and Policy Article A52464 issued in violation of the notice and comment requirements of 42 U.S.C. § 1395hh(a)(2) and are therefore invalid. Accordingly, Plaintiff asks the Court to further issue an Order directing the Secretary to approve Ms. Zieroth's claim.

A proposed Order accompanies this motion.

Dated: January 15, 2020                    Respectfully submitted,

PARRISH LAW OFFICES

*/s/ James C. Pistorino*
James C. Pistorino
*Attorneys for Plaintiff*