# CERTIFICATE OF SERVICE

I, James C. Pistorino, counsel for Sharon Zieroth, do hereby certify that on January 15, 2020, I electronically filed with the Clerk of the Court the following document:

PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT

Further, I also mailed the same document by registered/certified United States Mail to:

> William Barr
> U.S. Attorney General
> U.S. Department of Justice
> 950 Pennsylvania Ave., NW
> Washington, D.C. 20530-0001
>
> Alex Azar
> Secretary
> U.S. Department of H.H.S.
> 250 Independence Ave., SW
> Washington, D.C. 20201
>
> David Anderson
> U.S. Attorney
> Federal Courthouse
> 450 Golden Gate Ave., 11th Fl.
> San Francisco, CA 94102

Dated at Menlo Park, CA this 15th day of January 2020.

> James C. Pistorino (SBN 226496)
> james@dparrishlaw.com
> Parrish Law Offices
> 224 Lexington Dr.
> Menlo Park, CA 94025
> Telephone: (650) 400-0043

Attorneys for Plaintiff

Page 1 of 1

Case No. 3:20-cv-00172-MMC