IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON ZIEROTH,<br><br>        Plaintiff,<br><br>    v.<br><br>ALEX AZAR,<br><br>        Defendant. | Case No. 20-cv-00172-MMC<br><br>**ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPY OF COMPLAINT** |

On January 10, 2020, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the case, plaintiff is hereby DIRECTED to submit forthwith a chambers copy of her Complaint, filed January 8, 2020.

**IT IS SO ORDERED.**

Dated: January 16, 2020

                                                MAXINE M. CHESNEY<br>                                              United States District Judge