# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** April 10, 2020   **Time:** 11:09 - 12:00   **Judge:** MAXINE M. CHESNEY
= 51 minutes

**Case No.**: 20-cv-00172-MMC   **Case Name:** Sharon Zieroth v. Alex Azar

**Attorney for Plaintiff:** James Pistorino
**Attorney for Defendant:** James Bickford

**Deputy Clerk:** Tracy Geiger                **Not Reported or Recorded**

### PROCEEDINGS

Initial Case Management Conference – held telephonically.

Plaintiff's Unopposed Motion to Substitute Mr. Gary Zieroth as the Plaintiff Representative of the Estate of Sharon Zieroth (Dkt. No. 18) – GRANTED.

Deadline for Plaintiff to file Amended Complaint with Mr. Gary Zieroth Substituted as Plaintiff: April 17, 2020.

Defendant's deadline to answer and deadline to serve administrative record: May 1, 2020.