James Bickford (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632

*Attorney for Defendant*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY ZIEROTH, as representative of the estate of SHARON ZIEROTH,<br><br>Plaintiff,<br><br>v.<br><br>ALEX M. AZAR II, in his official capacity as Secretary of Health and Human Services,<br><br>Defendant. | Case No. 3:20-cv-172 (MMC)<br><br>**MOTION FOR EXTENSION OF TIME TO FILE CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

1  The Secretary of Health and Human Services respectfully requests a 90-day

2  extension of his time to file a cross-motion for summary judgment and opposition to

3  plaintiff's motion for summary judgment, which are currently due June 19, 2020.  This

4  case concerns a denial of Medicare Part B coverage for a continuous glucose monitor.

5  Under the terms of CMS Ruling 1682-R, the device at issue here is not covered as

6  durable medical equipment.  The Medicare Appeals Council followed that Ruling in

7  denying coverage, as it was required to do.  42 C.F.R. § 401.108.  Plaintiff argues that

8  this denial, and the CMS Ruling on which it rests, are contrary to the definition of durable

9  medical equipment in the Medicare statute and regulations.  *See* 42 U.S.C. § 1395x(n); 42

10 C.F.R. § 414.202.

11  The Secretary is currently reconsidering his position on whether devices such as

12 the continuous glucose monitor at issue here are durable medical equipment within the

meaning of the Medicare statute and regulations.  The Secretary expects that, within the next 90 days, he may take some action as a result of this reconsideration, and that such action (if taken) may affect the resolution of this case.  The Secretary therefore respectfully moves this Court for a 90-day extension of time to file his cross-motion for summary judgment.  If the Secretary takes action on his reconsideration before his cross-motion is due, he will promptly inform the Court and suggest a modified schedule for further proceedings as appropriate.

    Undersigned counsel has conferred with counsel for plaintiff, who opposes this motion.

Respectfully submitted this 15th day of June, 2020,

JOSEPH H. HUNT
Assistant Attorney General

MICHELLE BENNETT
Assistant Director, Federal Programs Branch

*/s/ James Bickford*
JAMES BICKFORD
Trial Attorney (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632

*Counsel for Defendant*