IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY ZIEROTH,<br><br>    Plaintiff,<br><br>    v.<br><br>ALEX AZAR,<br><br>    Defendant. | Case No. 20-cv-00172-MMC<br><br>**ORDER GRANTING IN PART DEFENDANT'S MOTION FOR EXTENSION OF TIME**<br><br>Re: Doc. No. 25 |

Before the Court is defendant's Motion, filed June 15, 2020, "for Extension of Time to File Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment." Plaintiff has filed opposition. Having read and considered the parties' respective written submissions, the Court rules as follows.

Defendant has shown good cause for an extension of time, albeit not for the ninety-day period he seeks. Rather, the Court finds, on the limited record provided, an extension of forty-five days is sufficient. Moreover, defendant's obligation to file the administrative record remains as directed in the Court's order of June 11, 2020.

Accordingly, defendant's motion is hereby GRANTED in part, and the deadline for defendant to file his cross-motion for summary judgment and opposition to plaintiff's motion for summary judgment is hereby CONTINUED to August 3, 2020.

**IT IS SO ORDERED.**

Dated: June 18, 2020

                                                                MAXINE M. CHESNEY
                                                                United States District Judge