# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY ZIEROTH, as representative of the estate of SHARON ZIEROTH,<br><br>                     Plaintiff,<br><br>    v.<br><br>ALEX M. AZAR II, in his official capacity as Secretary of Health and Human Services,<br><br>                     Defendant. | Case No. 3:20-cv-172 (MMC)<br><br>**[PROPOSED] ORDER** |

1    Defendant's cross-motion for summary judgment is hereby **GRANTED**.

2

3    **SO ORDERED** this _____ day of _____, 2020.


                                                                                   _____<br>
                                                                                    Maxine M. Chesney<br>
                                                                                    United States District Court