UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY ZIEROTH,<br><br>           Plaintiff.<br><br>     v.<br><br>ALEX AZAR,<br><br>           Defendant. | Case No. 20-cv-00172-MMC<br><br>**JUDGMENT IN A CIVIL CASE**<br><br>Re: Dkt. No. 34 |

**( )  Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X)  Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

Plaintiff's Motion for Summary Judgment is hereby GRANTED, the Secretary's Cross-Motion for Summary Judgment is hereby DENIED, and the action is hereby REMANDED, under sentence four of 42 U.S.C. § 405(g), with instructions to authorize coverage for the three MiniMed 530G sensors at issue

**IT IS SO ORDERED AND ADJUDGED**

Dated: 9/22/2020

Susan Y. Soong, Clerk

*Tracy Geiger*
Tracy Geiger
Deputy Clerk