James C. Pistorino (SBN 226496)
    james@dparrishlaw.com
Parrish Law Offices
224 Lexington Dr.
Menlo Park, CA  94025
Telephone: (650) 400-0043

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MR. GARY ZIEROTH as the representative of the estate of MRS. SHARON ZIEROTH,<br><br>*Plaintiff*<br><br>v.<br><br>ALEX AZAR, in his capacity as Secretary of the United States Department of Health and Human Services,<br><br>*Defendant* | Case No. 3:20-cv-00172-MMC<br><br>PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES AND COSTS UNDER THE EQUAL ACCESS TO JUSTICE ACT<br><br>Date:  November 20, 2020, 9:00am<br>Location:  Courtroom F, 15th Fl, 450 Golden Gate Ave, San Francisco, CA  94102 |

**TO ALL PARTIES AND THEIR COUNSEL**, please take notice that at 9:00am on November 20, 2020, at Courtroom F, 15th Fl, 450 Golden Gate Ave, San Francisco, CA  94102, Plaintiff Mr. Gary Zieroth, as the representative of the estate of Mrs. Sharon Zieroth will bring his motion for attorneys' fees and costs under the Equal Access to Justice Act.  Plaintiff's motion is supported by this notice of motion and motion and attached brief in support.

Plaintiff's motion should be granted because the Secretary's position that a CGM is not "primarily and customarily used to serve a medical purpose" was and is knowingly frivolous and in bad faith.  The Court having rejected the Secretary's claim, Plaintiff is entitled to his attorneys' fees and costs pursuant to 28 U.S.C. § 2412(b).  Alternatively, the Secretary's position

that a CGM is not "primarily and customarily used to serve a medical purpose" lacked substantial justification. Accordingly, Plaintiff is entitled to his attorneys' fees and costs pursuant to 28 U.S.C. § 2412(d).

Dated: October 10, 2020          Respectfully submitted,

PARRISH LAW OFFICES

/s/ *James C. Pistorino*
James C. Pistorino
*Attorneys for Plaintiff*