# EXHIBIT A

Customer Snapshot                                                    Wednesday, September 23, 2020

### Zieroth, Gary

| | |
|---|---|
| Number of years as a customer | 8 Months |
| Average days to pay | 0.00 |
| Open Balance | 37,805.00 |
| Credit Limit | |

**Sales Summary** — This year-to-date

| | |
|---|---|
| Total sales | 0.00 |
| Total Sales for same period last year | 0.00 |

**Recent Invoices**

| Date | Num | Amount | Open Bal |
|---|---|---|---|
| 09/01/2... | 6493 | 8,690.00 | 8,690.00 |
| 07/06/2... | 6448 | 3,685.00 | 3,685.00 |
| 06/01/2... | 6421 | 3,355.00 | 3,355.00 |
| 05/01/2... | 6393 | 1,980.00 | 1,980.00 |
| 04/01/2... | 6359 | 1,100.00 | 1,100.00 |
| 02/03/2... | 6295 | 11,495.00 | 11,495.00 |
| 01/02/2... | 6262 | 7,500.00 | 7,500.00 |

**Recent Payments**

This customer doesn't have recent payments.

**Parrish Law Offices**

788 Washington Road
Pittsburgh, PA 15228

# Invoice

| Date |
|---|
| 1/2/2020 |

| Invoice # |
|---|
| 6262 |

| Bill To |
|---|
| Gary Zieroth |

| Client/Matter No. | Matter Line 1 |
|---|---|
|  |  |

| Service ... | Description | Qty | Item | Amount |
|---|---|---|---|---|
| 12/24/2019 | Telephone conference re Zieroth and possible civil action. | 0.75 | Prof srvcs @ $550/hr | 412.50 |
| 12/24/2019 | t/c Gary Zieroth re: new case, reviewing papers | 2.3 | Prof Srvcs @ $525/hr | 1,207.50 |
| 12/26/2019 | attn to engagement letter and reviewing materials | 1.6 | Prof Srvcs @ $525/hr | 840.00 |
| 12/29/2019 | revise/review MSJ | 3.6 | Prof Srvcs @ $525/hr | 1,890.00 |
| 12/30/2019 | revise/review MSJ | 3.3 | Prof Srvcs @ $525/hr | 1,732.50 |
| 12/31/2019 | revise/review MSJ/Complaint | 2.7 | Prof Srvcs @ $525/hr | 1,417.50 |

| Total | $7,500.00 |
|---|---|
| **Balance Due** | $7,500.00 |

**Parrish Law Offices**
788 Washington Road
Pittsburgh, PA 15228

# Invoice

| Date |
|---|
| 2/3/2020 |

| Invoice # |
|---|
| 6295 |

| Bill To |
|---|
| Gary Zieroth |

| Client/Matter No. | Matter Line 1 |
|---|---|
|  |  |

| Service ... | Description | Qty | Item | Amount |
|---|---|---|---|---|
| 1/3/2020 | revise/review Complaint | 1.4 | Prof srvcs @ $550/hr | 770.00 |
| 1/6/2020 | revise/review complaint/MSJ | 2.6 | Prof srvcs @ $550/hr | 1,430.00 |
| 1/8/2020 | attn to filing Complaint | 2.1 | Prof srvcs @ $550/hr | 1,155.00 |
| 1/10/2020 | revise/review MSJ | 4.6 | Prof srvcs @ $550/hr | 2,530.00 |
| 1/14/2020 | revise/review MSJ | 1.2 | Prof srvcs @ $550/hr | 660.00 |
| 1/15/2020 | revise/review MSJ, service of pleadings, revise/review memo re:same | 5.4 | Prof srvcs @ $550/hr | 2,970.00 |
| 1/16/2020 | delivering chambers copy of pleadings | 2.4 | Prof srvcs @ $550/hr | 1,320.00 |
| 1/17/2020 | revise/review memo re: motion for summary judgement | 1.2 | Prof srvcs @ $550/hr | 660.00 |

| Total | $11,495.00 |
|---|---|
| **Balance Due** | $11,495.00 |

**Parrish Law Offices**

788 Washington Road
Pittsburgh, PA 15228

# Invoice

| Date |
| --- |
| 4/1/2020 |

| Invoice # |
| --- |
| 6359 |

| Bill To |
| --- |
| Gary Zieroth |

| Client/Matter No. | Matter Line 1 |
| --- | --- |
|  |  |

| Service ... | Description | Qty | Item | Amount |
| --- | --- | --- | --- | --- |
| 3/19/2020 | Attn to ADR certification and motion to substitute | 1.1 | Prof srvcs @ $550/hr | 605.00 |
| 3/20/2020 | t/c opposing counsel re: Rule 26 report and ADR | 0.9 | Prof srvcs @ $550/hr | 495.00 |

| Total | $1,100.00 |
| --- | --- |
| **Balance Due** | $1,100.00 |

**Parrish Law Offices**

788 Washington Road
Pittsburgh, PA 15228

# Invoice

| Date |
|------|
| 5/1/2020 |

| Invoice # |
|-----------|
| 6393 |

| Bill To |
|---------|
| Gary Zieroth |

| Client/Matter No. | Matter Line 1 |
|-------------------|---------------|
|                   |               |

| Service ... | Description | Qty | Item | Amount |
|-------------|-------------|-----|------|--------|
| 4/3/2020 | revise/review Rule 26 report | 2.3 | Prof srvcs @ $550/hr | 1,265.00 |
| 4/10/2020 | attend hearing with court, prep for same | 1.3 | Prof srvcs @ $550/hr | 715.00 |

| Total | $1,980.00 |
|-------|-----------|
| **Balance Due** | $1,980.00 |

**Parrish Law Offices**

788 Washington Road
Pittsburgh, PA 15228

# Invoice

| Date |
|---|
| 6/1/2020 |

| Invoice # |
|---|
| 6421 |

| Bill To |
|---|
| Gary Zieroth |

| Client/Matter No. | Matter Line 1 |
|---|---|
|  |  |

| Service ... | Description | Qty | Item | Amount |
|---|---|---|---|---|
| 5/22/2020 | revise/review MSJ | 6.1 | Prof srvcs @ $550/hr | 3,355.00 |

| Total | $3,355.00 |
|---|---|
| **Balance Due** | $3,355.00 |

**Parrish Law Offices**

788 Washington Road
Pittsburgh, PA 15228

# Invoice

| Date |
|------|
| 7/6/2020 |

| Invoice # |
|-----------|
| 6448 |

| Bill To |
|---------|
| Gary Zieroth |

| Client/Matter No. | Matter Line 1 |
|-------------------|---------------|
|                   |               |

| Service ... | Description | Qty | Item | Amount |
|-------------|-------------|-----|------|--------|
| 6/15/2020 | attn to request for extension | 1.4 | Prof srvcs @ $550/hr | 770.00 |
| 6/16/2020 | revise/review opp to mot for extension | 2.9 | Prof srvcs @ $550/hr | 1,595.00 |
| 6/18/2020 | revise/review memo re: extension | 2.4 | Prof srvcs @ $550/hr | 1,320.00 |

| Total | $3,685.00 |
|-------|-----------|
| **Balance Due** | $3,685.00 |

**Parrish Law Offices**

788 Washington Road
Pittsburgh, PA 15228

# Invoice

| Date |
|------|
| 9/1/2020 |

| Invoice # |
|-----------|
| 6493 |

| Bill To |
|---------|
| Gary Zieroth |

| Client/Matter No. | Matter Line 1 |
|-------------------|---------------|
| | |

| Service ... | Description | Qty | Item | Amount |
|-------------|-------------|-----|------|--------|
| 8/5/2020 | revise/review reply re: MSJ | 3.1 | Prof srvcs @ $550/hr | 1,705.00 |
| 8/6/2020 | revise/review reply re: MSJ | 5.6 | Prof srvcs @ $550/hr | 3,080.00 |
| 8/7/2020 | revise/review reply re: MSJ | 3.2 | Prof srvcs @ $550/hr | 1,760.00 |
| 8/8/2020 | revise/review reply re: MSJ | 2.6 | Prof srvcs @ $550/hr | 1,430.00 |
| 8/9/2020 | revise/review reply re: MSJ | 1.3 | Prof srvcs @ $550/hr | 715.00 |

| Total | $8,690.00 |
|-------|-----------|
| **Balance Due** | $8,690.00 |