# EXHIBIT B

# JAMES CHARLES PISTORINO
224 Lexington Dr.
Menlo Park, CA 94025
(650) 400-0043
james.pistorino@gmail.com

**EXPERIENCE:**

| | |
|---|---|
| September 2015 - present | **PARTNER:** Parrish Law Office: Federal litigation, including appellate practice. |
| March 2011 – September 2015 | **PARTNER.** Perkins Coie, LLP. Intellectual Property litigation involving patents and copyrights and breach of contract actions in federal courts and arbitrations. |
| 2004-2011, 1996-2004 | **PARTNER/ASSOCIATE.** Howrey Simon Arnold & White (formerly Arnold, White & Durkee). Involved in full range of intellectual property representation including patent, copyright, trademark, and trade secret litigation, patent and trademark prosecution, motion and appellate practice, contracts, and legal research. Special emphasis on computer software related issues. |
| March – May 2001 | **ASSISTANT DISTRICT ATTORNEY.** Dallas County District Attorney's Office. Participated in the Lawyer's On Loan program prosecuting misdemeanor cases. Prosecuted thirteen (13) jury trials and five (5) trials before the Court. |
| May - August, 1995 | **LAW CLERK.** United States International Trade Commission, Office of Unfair Import Investigations. Legal research and memoranda related to patent infringement litigation. |

**REPRESENTATIVE MATTERS:**

*Driessen v. Sony Music Entertainment, et al.* (Utah)
    Defend Sony Music, Best Buy, Target, FYE in patent case involving music cards
*Clouding v. Amazon, Inc., et al.* (Del)
    Defend Amazon, Rackspace, Dropbox in cases related to cloud computing
*Round Rock Research LLC v. AsusTek Computer Inc., et al.* (Del)
*AsusTek Computer Inc. et al. v. Round Rock Research LLC* (ND Cal)
    Defend AsusTek in cases involving 16 patents related to computer components
*Technology Innovations Associates, LLC v. Google, Inc.* (Del)
    Defend Google in patent case involving user interfaces
*Mount Hamilton Partners LLC v. Google, Inc.* (ND Cal)
    Defend Google in patent case related to coupons
*FuzzySharp Technologies Inc. v. Intel Corp.* (ND Cal)
    Defend Intel in patent case related to 3D graphics

Pistorino Resume
Page 2

> *Techsavies LLC v. WDFA Marketing, Inc.* (ND Cal) (2010-2011)
>> Represent TechSavies in breach of contract/copyright matter
>
> *Scientific Plastic Products, Inc. v. Merck & Co., Inc., et al.* (SD Cal) (2009)
>> Defend Merck in patent case related to flash chromatography
>
> *CalCars, Inc. v. California Cars Initiative, Inc.* (CD Cal) (2008)
>> Defend CCI in trademark infringement dispute
>
> *Anticancer v. Merck & Co., Inc. et al.* (SD Cal) (2007-10)
>> Defend Merck in five patent case related to green fluorescent protein
>
> *Visto Corp. v. Seven Networks, Inc.* (ED Tex) (2005-2007)
>> Defend Seven in multiple cases related to email synchronization
>
> *Streck Laboratories v. Beckman Coulter et al* (Neb) (1999-2000)
>> Represent Streck in patent case related to blood substitutes

## ADMISSIONS:
State Bars of California and Texas, United States Patent & Trademark Office, United States Courts of Appeals for the Second Circuit, Fifth Circuit, and the Federal Circuit, United States Supreme Court

## EDUCATION:
**Duke University School of Law**, Durham, NC.
J.D. May 1996
**Duke University**, Durham, NC.
B.S. with Distinction in Computer Science May 1993

## PUBLICATIONS/MEMBERSHIPS:
SF Bay Area IP Inn of Court
President (2012 –2014), Vice-President (2010-12), Treasurer (2008-10)
University of California Hastings Schools of Law (Spring 2013-Spring 2016)
Adjunct professor, Patent Litigation
Santa Clara University (Summer 2012)
Adjunct professor, Patent Litigation Strategies and Tactics

James C. Pistorino, *2012 Trends in Patent Case Filings*, BNA, (February 2013)
James C. Pistorino, *2011 Trends in Patent Case Filings*, BNA, (March 2012)
James C. Pistorino, *Concentration of Patent Cases Increases in Eastern District of Texas in 2010,* BNA, (April 2011)
James C. Pistorino, *Another Way to Attack Written Description in Re-Exam*, IPLaw360 (August 2010)
Glenn W. Rhodes, PATENT LAW HANDBOOK (1998-99, 1999-2000 eds)
Chapter on summary judgment, portions of chapter on equitable defenses.
James C. Pistorino, *Recent Developments in Patent Law*,
6 TEX. INTELL. PROP. LAW. J. 355 (1998).

Numerous speeches to ACC and other groups. 2015-20 SuperLawyer.

H: 311158(6_3@011.DOC)