# EXHIBIT C

1  James C. Pistorino (SBN 226496)
2  james@dparrishlaw.com
   Parrish Law Offices
3  224 Lexington Dr.
   Menlo Park, CA 94025
4  Telephone: (650) 400-0043

5  Attorneys for Plaintiff

6
7           IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9  MR. GARY ZIEROTH as the representative of   ) Case No. 3:20-cv-00172-MMC
10 the estate of MRS. SHARON ZIEROTH,          )
                                               )
11              Plaintiff,                     ) DECLARATION IN SUPPORT OF MOTION
                                               ) FOR ATTORNEYS' FEES UNDER THE
12          v.                                 ) EQUAL ACCESS TO JUSTICE ACT
                                               )
13 ALEX AZAR, in his capacity as Secretary of the )
   United States Department of Health and Human )
14 Services.                                   )
                                               )
15                                             (
                Defendant                      (
16                                             (
                                               (
17

18  I, Mr. Gary Zieroth, make this declaration on my own personal knowledge and, if called

19 upon to do so, I could competently testify to the matters herein:

20  1. I am over the age of 18 and have never been convicted of a felony;

21  2. I am an attorney and the representative of the estate of my wife of more than 47 years,

22 Mrs. Sharon Zieroth;

23  3. Throughout the entirety of this litigation (or at any time during her life), Mrs. Zieroth

24 never had a net worth in excess of $2,000,000 (including her community property

25 portion of any marital assets);

26
27
28

Case No. 3:20-cv-00172-MMC
Declaration                        1

4. During her working life, Mrs. Zieroth was primarily employed as an executive assistant until adopting our first child, after which she cared for our children;

5. As the executor of Mrs. Zieroth's estate and her husband, I was and am intimately familiar with her financial condition, including investments, retirement savings, and assets of any kind;

6. All of those assets (including her community property portion of any marital assets) - minus any applicable debts - do not now and have never exceeded the net amount of $2,000,000.

I declare, under the penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 5th day of October, 2020 in Contra Costa County, California

_____
Mr. Gary Zieroth
As the representative of the estate of
Mrs. Sharon Zieroth