James Bickford (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632

*Attorney for Defendant*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY ZIEROTH, as representative of the estate of SHARON ZIEROTH,<br><br>Plaintiff,<br><br>v.<br><br>ALEX M. AZAR II, in his official capacity as Secretary of Health and Human Services,<br><br>Defendant. | Case No. 3:20-cv-172 (MMC)<br><br>**DEFENDANT'S NOTICE OF PUBLICATION** |

1  The Secretary has previously informed the Court that he is "reconsidering his position on

2  whether devices such as the continuous glucose monitor at issue here are durable medical

3  equipment within the meaning of the Medicare statute and regulations."  Bickford Decl. ¶ 3, ECF

4  No. 25-1; *see also* ECF No. 30 at 7.  A notice of proposed rulemaking on this subject is

5  scheduled for publication in the Federal Register on November 4, and is now available for public

6  inspection at https://public-inspection.federalregister.gov/2020-24194.pdf.  A copy of the

7  document available for public inspection is attached as Exhibit A.  The relevant discussion

8  begins on page 151.

Respectfully submitted this 30th day of October, 2020,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

MICHELLE BENNETT
Assistant Director, Federal Programs Branch

    */s/ James Bickford*
JAMES BICKFORD
Trial Attorney (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632

*Counsel for Defendant*