IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY ZIEROTH, as representative of the estate of SHARON ZIEROTH,<br><br>Plaintiff,<br><br>v.<br><br>ALEX AZAR, in his capacity as Secretary of Health and Human Services,<br><br>Defendant. | Case No. 20-cv-00172-MMC<br><br>**ORDER TO SHOW CAUSE WHY PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND COSTS SHOULD NOT BE STRICKEN** |

The Court is in receipt of plaintiff's reply, filed November 5, 2020, in support of his motion for attorneys' fees and costs. Said motion was filed on October 10, 2020, after which defendant filed, on October 26, 2020, a timely opposition. See Civil L.R. 7-3(a); see also Fed. R. Civ. P. 6(a)(1)(C). Consequently, plaintiff's reply was due no later than November 2, 2020. See Civil L.R. 7-3(c). Plaintiff has not sought an order allowing him to file a late reply.

Accordingly, plaintiff is hereby ORDERED TO SHOW CAUSE, in writing and no later than November 16, 2020, why his reply should not be stricken.

**IT IS SO ORDERED.**

Dated: November 9, 2020

MAXINE M. CHESNEY
United States District Judge