IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY ZIEROTH, as representative of the estate of SHARON ZIEROTH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALEX AZAR, in his capacity as Secretary of Health and Human Services,<br><br>　　　　Defendant. | Case No. 20-cv-00172-MMC<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

On November 9, 2020, the Court issued an Order to Show Cause why plaintiff's untimely reply in support of his motion for attorneys' fees and costs should not be stricken. On November 16, 2020, plaintiff's counsel filed a Response in which he attributes the late filing to "a docketing error" and, although he states he "realized that the [reply] date was missed in the process of filing [the] reply" (see Response at 1:21-22), he does not explain why he did not seek an extension at that time. Nevertheless, the Court will accept the Response, and, accordingly, the Order to Show Cause is hereby DISCHARGED.

**IT IS SO ORDERED.**

Dated: November 17, 2020

　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　United States District Judge