IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY ZIEROTH, as representative of the estate of SHARON ZIEROTH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALEX AZAR, in his capacity as Secretary of Health and Human Services,<br><br>　　　　Defendant. | Case No. 20-cv-00172-MMC<br><br>**ORDER VACATING HEARING ON PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS** |

　　　　Before the Court is plaintiff's "Motion for Attorneys' Fees and Costs," filed October 10, 2020.  Defendant has filed opposition, to which plaintiff has replied.  Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and hereby VACATES the hearing scheduled for November 20, 2020.

　　　　**IT IS SO ORDERED.**

Dated: November 17, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge